# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA A. PEREZ-SANCHEZ, et al., <br>     Plaintiff(s), <br> v. <br> SUMITOMO RUBBER INDUSTRIES LTD, et al., <br>     Defendant(s). | Case No.: 2:18-cv-01278-JCM-NJK <br><br> **Order** |

Discovery has been ongoing in this case since before it was removed to federal court. *See, e.g.*, Docket No. 1 at 4. Moreover, the parties represented that they were holding a Rule 26(f) conference on August 24, 2018, in order to formulate a discovery plan and proposed scheduling order. Docket No. 13 at 2. To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 15, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: November 8, 2018

                                                                              Nancy J. Koppe <br>
                                                                              United States Magistrate Judge