UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA A. PEREZ-SANCHEZ, et al., | Case No. 2:18-CV-1278 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| SUMITOMO RUBBER INDUSTRIES, LTD., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Perez-Sanchez et al. v. Sumitomo Rubber Industries LTD et al.*, case number 2:18-cv-01278-JCM-NJK.

On August 13, 2018, plaintiffs filed a motion to remand, arguing that the court lacks diversity jurisdiction because both plaintiffs are Mexican citizens. (ECF No. 12). However, plaintiffs have failed to provide any evidence regarding plaintiff Andrea Avila-Perez's citizenship. Because these jurisdictional facts are essential to adjudicating plaintiffs' motion to remand, the court will afford plaintiffs seven (7) days to provide evidence showing that Avila-Perez is a Mexican citizen. The court will treat plaintiffs' failure to comply with this order as an admission that Avila-Perez is not an alien.

Accordingly,

IT IS HEREBY ORDERED that defendants shall show cause within seven (7) days as to why the court should hold that Avila-Perez is a Mexican citizen.

DATED January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE